# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: JUUL LABS, INC., MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                                                                    MDL No. 2913

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –6)

On October 2, 2019, the Panel transferred 5 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2019). Since that time, 52 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable William H. Orrick, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Orrick.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 2, 2019, and, with the consent of that court, assigned to the Honorable William H. Orrick, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 04, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

Deputy Clerk
Date: November 5, 2019

IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION   MDL No. 2913

# SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 4 | 19−00504 | Tucson Unified School District v. Juul Labs Incorporated |
| **FLORIDA SOUTHERN** | | | |
| FLS | 2 | 19−14396 | Yacobellis v. Juul Labs, Inc. et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 19−04566 | Young v. JUUL Labs, Inc. et al |
| GAN | 1 | 19−04642 | Long v. JUUL Labs, Inc. et al |
| **ILLINOIS CENTRAL** | | | |
| ILC | 3 | 19−03245 | Malloy v. JUUL Labs, Inc. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 19−06768 | Bruce et al v. JUUL Labs, Inc. et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 19−04226 | MALASTO et al v. JUUL LABS, INC. et al |
| **KANSAS** | | | |
| KS | 2 | 19−02631 | USD 232 De Soto v. JUUL Labs, Inc. |
| KS | 2 | 19−02632 | Bennet v. JUUL Labs, Inc. |
| KS | 2 | 19−02634 | James Hernandez v. JUUL Labs, Inc. |
| KS | 2 | 19−02635 | Candace Stephens v. JUUL Labs, Inc. |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 19−13014 | Stockwell et al v. JUUL Labs, Inc. et al |

MISSOURI EASTERN

    MOE    4    19–02775    Dillon v. JUUL Labs, Inc.

MISSOURI WESTERN

    MOW    4    19–00832    Rhodus v. Juul Labs, Inc.

NEW YORK EASTERN

    NYE    2    19–05771    Mashi v. JUUL Labs, Inc. et. al.

PENNSYLVANIA EASTERN

    PAE    2    19–04828    LAPLANTE v. JUUL LABS, INC. et al

TENNESSEE MIDDLE

    TNM    3    19–00904    Rousseau v. JUUL Labs, Inc. et al

TEXAS WESTERN

    TXW    6    19–00591    Hanzlovic et al v. JUUL Labs, Inc. et al

WASHINGTON WESTERN

    WAW    3    19–05975    Rosell et al v. JUUL Labs Inc et al